In the Matter of the Application of THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to be Paid to the Owners of and Parties Interested in Certain Lands in the City of Buffalo which May be Injured by the Change of Grade of Seneca Street.

GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO et al., Appellants; JACOB DUCHMANN et al., Respondents.

*Matter of Grade Crossing Comrs.*, 52 App. Div. 27, affirmed.
(Argued November 12, 1900; decided December 4, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made May 23, 1900, affirming an order of Special Term confirming the report of the commissioners appointed to ascertain and report the amount of compensation to be paid to the owners of and parties interested in certain lands in the city of Buffalo which may be injured by the change of grade of Seneca street.

*Spencer Clinton* for appellants.

*John Laughlin, Seward A. Simons, Niles C. Bartholomew* and *George L. Kingston* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.